UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorney for Helmer, Conley & Kasselman PA

**Order Filed on March 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**TWISDALE D. MORRIS**

Case No.: **18-25601/ABA**

Adv. No.:

Judge: Andrew B Altenburg

## CONSENT ORDER DETERMINING PROOF OF CLAIM FILED BY HELMER, CONLEY & KASSELMAN PA IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

**DATED: March 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: **TWISDALE D. MORRIS**
Case No.: **18-25601/ABA**
Caption: **CONSENT ORDER DETERMING PROOF OF CLAIM FILED BY HELMER, CONLEY & KASSELMAN PA IS DEEMED TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court by Andrew Sklar, Esquire, Attorney for Helmer, Conley & Kasselman PA; and Terry Tucker, Esquire appearing on behalf of the Debtor; and

**IT APPEARING** that Helmer, Conley & Kasselman PA was not listed on the Debtor's Schedules and therefore did not receive notice of the Chapter 13 bankruptcy filing; and

**IT FURTHER APPEARING** that the parties having agreed that Helmer, Conley & Kasselman PA's Proof of Claim should be deemed timely filed; and for good cause shown;

**IT IS HEREBY ORDERED** that **HELMER, CONLEY & KASSELMAN PA** is entitled to file a Proof of Claim in this proceeding, which will be deemed timely filed; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.

The parties hereby consent to this form of Order.

/s/ Andrew Sklar
_____
ANDREW SKLAR, ESQUIRE
Attys for Helmer, Conley & Kasselman PA, Creditor
Dated: 3/6/2019

/s/ Terry Tucker
_____
TERRY TUCKER, ESQUIRE
Attys for Twisdale D. Morris
Chapter 13 Debtor
Dated: 3/18/19