UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorney for Helmer, Conley & Kasselman PA

**Order Filed on March 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**TWISDALE D. MORRIS**

Case No.: **18-25601/ABA**

Adv. No.:

Judge: Andrew B Altenburg

## CONSENT ORDER DETERMINING PROOF OF CLAIM
## FILED BY HELMER, CONLEY & KASSELMAN PA
## IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

**DATED: March 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: **TWISDALE D. MORRIS**
Case No.: **18-25601/ABA**
Caption: **CONSENT ORDER DETERMING PROOF OF CLAIM FILED BY HELMER, CONLEY & KASSELMAN PA IS DEEMED TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court by Andrew Sklar, Esquire, Attorney for Helmer, Conley & Kasselman PA; and Terry Tucker, Esquire appearing on behalf of the Debtor; and

**IT APPEARING** that Helmer, Conley & Kasselman PA was not listed on the Debtor's Schedules and therefore did not receive notice of the Chapter 13 bankruptcy filing; and

**IT FURTHER APPEARING** that the parties having agreed that Helmer, Conley & Kasselman PA's Proof of Claim should be deemed timely filed; and for good cause shown;

**IT IS HEREBY ORDERED** that **HELMER, CONLEY & KASSELMAN PA** is entitled to file a Proof of Claim in this proceeding, which will be deemed timely filed; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.


The parties hereby consent to this form of Order.


/s/ Andrew Sklar
ANDREW SKLAR, ESQUIRE
Attys for Helmer, Conley & Kasselman PA, Creditor
Dated: 3/6/2019

/s/ Terry Tucker
TERRY TUCKER, ESQUIRE
Attys for Twisdale D. Morris
Chapter 13 Debtor
Dated: 3/18/19

United States Bankruptcy Court
District of New Jersey

In re:  
Twisdale D Morris  
     Debtor

Case No. 18-25601-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 19, 2019  
                      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.  
db        +Twisdale D Morris,   13 Main St,   Bridgeton, NJ 08302-6912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
      Andrew Sklar    on behalf of Creditor   Helmer Conley & Kasselman PA andy@sklarlaw.com, dolores@sklarlaw.com  
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Melissa S DiCerbo    on behalf of Creditor   Finance of America Mortgage, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
      Terry Tucker    on behalf of Debtor Twisdale D Morris terrytucker@comcast.net  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                         TOTAL: 8