Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25601−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Twisdale D Morris
    13 Main St
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−6882

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2019
JAN: bc

                                        Jeanne Naughton
                                        Clerk

Case 18-25601-ABA    Doc 33    Filed 07/13/19    Entered 07/14/19 00:37:44    Desc Imaged
                        Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 18-25601-ABA
Twisdale D Morris                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 2          Date Rcvd: Jul 12, 2019
                               Form ID: 148               Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Twisdale D Morris,    13 Main St,    Bridgeton, NJ 08302-6912
517683680     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    1220 Old Alpharetta Rd.,
                 S. Alpharetta, GA 30005)
517683678      +Access Auto,    1903 S. Delsea Dr.,    Vineland, NJ 08360-6391
517683679      +Alyssa Lopez,    940 Arbor Ct,    Vineland, NJ 08360-1670
517683681      +Bella's Bail Bonds,    117 Smith St.,    Millville, NJ 08332-4224
517683683      +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
517690071      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
517683684      +Finance of America,    c/o McCabe Weisberg & Conway,    216 Haddon Ave #201,
                Westmont, NJ 08108-2818
518068807      +HELMER, CONLEY & KASSELMAN PA,     c/o SKLAR LAW LLC,    ANDREW SKLAR, ESQUIRE,
                1200 LAUREL OAK RD, STE 102,     VOORHEES, NJ 08043-4317
517683685      +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
517812184      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517683686      +Shawna Dickel,    436 W Oak Rd,    Vineland, NJ 08360-2216
517683687      +South Jersey Health System,    4135 S. Stream Blvd. Suite 4,    Charlotte, NC 28217-4523
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517711263       EDI: HNDA.COM Jul 12 2019 07:48:00       American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517694773      +EDI: AISACG.COM Jul 12 2019 07:48:00       BMW Bank of North America,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517683682       EDI: BMW.COM Jul 12 2019 07:58:00       BMW Financial,    5515 Parkcenter Circle,
                Dublin, OH 43017
517718978       EDI: BMW.COM Jul 12 2019 07:58:00       BMW Financial Services NA, LLC,    P.O. Box 3608,
                Dublin, OH  43016
517683688       EDI: NEXTEL.COM Jul 12 2019 07:48:00       Sprint,    PO Box 1769,    Newark, New Jersey 07101-1769
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Helmer Conley & Kasselman PA,    c/o Sklar Law LLC,    Andrew Sklar, Esquire,
                1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
517804642*     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Andrew Sklar    on behalf of Creditor    Helmer Conley & Kasselman PA andy@sklarlaw.com,
               dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin               Page 2 of 2               Date Rcvd: Jul 12, 2019
                              Form ID: 148              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Melissa S DiCerbo    on behalf of Creditor    Finance of America Mortgage, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
           Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
           Terry Tucker    on behalf of Debtor Twisdale D Morris terrytucker@comcast.net
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 8